THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Carlo Borghi, Appellant,
 v.
 Robert C. Dismuke and Allcare Tree Surgery, Inc., Respondents.
 
 
 

Appeal From Beaufort County
 R. Markley Dennis, Jr., Circuit Court Judge
Memorandum Opinion No.  2007-MO-037
 Heard June 6, 2007  Filed June 18, 2007
AFFIRMED

 
 
 
 David Holt Berry, of Hilton Head Island, for Appellant.
 E. Mitchell Griffith, of Beaufort, for Respondents.
 
 
 

PER CURIAM:  Affirmed pursuant to Rule 220 (b)(1) and the following authorities:  Gray v. Southern Facilities, Inc., 256 S.C. 558, 183 S.E.2d 438 (1971); see also Bridger v. Asheville & S.R. Co., 27 S.C. 456, 3 S.E. 860 (1887).
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.